# UNITED STATES DISTRICT COURT
## SOUTHER DISTRICT OF NEW YORK

PIERRE KONOWALOFF
    Paris, France

                    Plaintiff

    against

THE METROPOLITAN MUSEUM OF ART
    New York, New York
                    Defendant.

1:10-cv-09126-SAS

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Rory Z. Fazendeiro, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Philip Y. Brown |
| Firm Name: | Adler Pollock & Sheehan P.C. |
| Address: | 175 Federal Street |
| City/State/Zip: | Boston, MA 02110 |
| Phone Number: | 617-482-0600 |
| Fax Number: | 617-482-0604 |

Philip Y. Brown is a member in good standing of the Bar of the Commonwealth of Massachusetts. There are no pending disciplinary proceedings against him in any State or Federal court.

Dated: December 14, 2010

Boston, MA
Notarized:

_Mary W. Abare_
Mary V. Abare
My Commission Expires: 9/3/15

Respectfully submitted,

_Rory Z. Fazendeiro_
Rory Z. Fazendeiro (R. F. 3215)
Adler Pollock & Sheehan
175 Federal Street
Boston, MA 02110
(617)482-0600 (T)
(617)482-0604 (F)

556406.1

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PIERRE KONOWALOFF
    Paris, France

             Plaintiff

        against

THE METROPOLITAN MUSEUM OF ART
    New York, New York

             Defendant.

1:10-cv-09126-SAS

AFFIDAVIT OF
RORY Z. FAZENDEIRO
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

---

Rory Z. Fazendeiro, being duly sworn, hereby deposes and says as follows:

1.    I am an attorney at Adler Pollock & Sheehan P.C., 175 Federal Street, Boston, Massachusetts. I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Philip Y. Brown as counsel pro hac vice to represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York in March, 2001. I am also admitted to the bars of the United States District Court for the Southern District of New York and the Commonwealth of Massachusetts and am in good standing in all jurisdictions in which I am admitted.

3.    I have known Philip Y. Brown since 2006.

4.    Mr. Brown is a partner at Adler Pollock & Sheehan P.C., in Boston, Massachusetts.

5.    I have found Mr. Brown to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Philip Y. Brown, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Philip Y. Brown, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Philip Y. Brown, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: December 14, 2010
Boston, MA

Notarized:                                                      Respectfully submitted

Mary V Abare
My Commission Expires: 9/3/15

Rory Z. Fazendeiro (RF 3215)
Adler Pollock & Sheehan, P.C.
175 Federal Street
Boston, MA 02110
(617)482-0600
(617)482-0604
rfazendeiro@apslaw.com

556391.1

# UNITED STATES DISTRICT
# SOUTHERN DISTRICT OF NEW YORK

PIERRE KONOWALOFF
    Paris, France

        Plaintiff

      against

THE METROPOLITAN MUSEUM OF ART
    New York, New York
        Defendant.

1:10-cv-09126-SAS

ORDER FOR ADMISSION
 PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Rory Z. Fazendeiro, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Philip Y. Brown |
| Firm Name: | Adler Pollock & Sheehan P.C. |
| Address: | 175 Federal Street |
| City/State/Zip: | Boston, Massachusetts  02110 |
| Telephone/Fax: | 617-482-0600 |
| Email Address: | pbrown@apslaw.com |

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

                                  _____
                                  United States District/Magistrate
                                  Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirteenth** day of **December** A.D. **1988**, said Court being the highest Court of Record in said Commonwealth:

## Philip Y. Brown

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirteenth** day of **December** in the year of our Lord **two thousand and ten**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

PIERRE KONOWALOFF                                    1:10-cv-09126-SAS
    Paris, France
               Plaintiff

      against

                               AFFIDAVIT OF SERVICE

THE METROPOLITAN MUSEUM OF ART
    New York, New York
               Defendant.

I, Rory Z. Fazendeiro, being duly sworn on oath do hereby depose and state that on December 15, 2010, I served via first class mail on counsel for all other parties in the above-captioned action the following documents in connection with the Motion to Admit Counsel Pro Hac Vice for Philip Y. Brown, Esq.:

1. Motion to Admit Counsel Pro Hac Vice;
2. Affidavit of Rory Z. Fazendeiro in Support of Motion to Admit Counsel Pro Hac Vice;
3. Order for Pro Hac Vice Admission on Written Motion; and
4. Affidavit of Service.

Dated:  December 15, 2010

                        Respectfully submitted

                        Rory Z. Fazendeiro (RF 3215)
                        Adler Pollock & Sheehan P.C.
                        175 Federal Street
                        Boston, MA 02110
                        (617)482-0600
                        (617)482-0604
                        rfazendeiro@apslaw.com

*556486_1.doc*