UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KONOWALOFF<br>    Paris, France<br>                 Plaintiff<br><br>v.<br><br>THE METROPOLITAN MUSEUM OF ART<br>    New York, New York<br>                 Defendant. | 1:10-CV-09126 (SAS) |

## PLAINTIFF PIERRE KONOWALOFF'S NOTICE OF WITHDRAWAL OF MOTIONS TO ADMIT COUNSEL PRO HAC VICE

Plaintiff Pierre Konowaloff ("Plaintiff") hereby withdraws the Motions to Admit Counsel Pro Hac Vice of Attorneys Adam M. Weisberger and Philip Y. Brown. The Motions and related submissions were docketed in this matter by ECF on December 17, 2010.

Plaintiff will re-submit his requests for Pro Hac Vice admission pursuant to the Individual Rules and Procedures applicable to this matter.

Dated: December 28, 2010

Respectfully submitted,
Pierre Konowaloff,
By his attorneys,

/s/ Rory Z. Fazendeiro
Rory Z. Fazendeiro (RF3215)
Philip Y. Brown (Pro Hac Vice Pending)
Adam M. Weisberger (Pro Hac Vice Pending)
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110
Phone: 617-482-0600
Fax: 617-482-06004
rfazendiero@apslaw.com

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on December 28, 2010 this document was filed by ECF and served via Federal Express Overnight Delivery and electronic mail on counsel for The Metropolitan Museum of Art, David W. Bowker, Wilmer Hale, 1875 Pennsylvania Avenue NW, Washington, DC 20006.

                                        /s/ Rory Z. Fazendeiro
                                        Rory Z. Fazendeiro