UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

PIERRE KONOWALOFF
Paris, France

    Plaintiff

v.

THE METROPOLITAN MUSEUM OF ART
New York, New York

    Defendant
-------------------------------------------------------X

10 cv 09126 (SAS)

**ORDER GRANTING ADJOURNMENT**

SHIRA A. SCHEINDLIN, U.S.D.J.:

The Initial Pretrial Conference, presently scheduled for this Friday, January 7, 2011, is hereby adjourned until January 25, 2011 at 2:30 am/pm.

Dated: New York, New York
   January 5, 2011.

SO ORDERED.

_____
HON. SHIRA A. SCHEINDLIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 1/5/11

105545