UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KONOWALOFF <br> Paris, France <br>               Plaintiff <br><br> v. <br><br> THE METROPOLITAN MUSEUM OF ART <br> New York, New York <br>               Defendant. | 1:10-CV-09126 (SAS) |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF PAUL V. CURCIO AS COUNSEL FOR PLAINTIFF PIERRE KONOWALOFF**

AND NOW, this ___5___ day of ___JAN___, 2011, having reviewed the written request of Plaintiff Pierre Konowaloff for Admission *Pro Hac Vice* of the following applicant (the "Applicant"):

        Paul V. Curcio, Esq.
        Adler Pollock & Sheehan P.C.
        One Citizens Plaza, 8th Floor
        Providence, Rhode Island 02903
        (401) 274-7200 (t)

IT IS HEREBY ORDERED in the above-captioned action that the Applicant's Admission *Pro Hac Vice* for Plaintiff Pierre Konowaloff is hereby GRANTED.

BY THE COURT:

_____
J.  SHIRA A. SCHEINDLIN

557923.1