UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KONOWALOFF )<br>Paris, France )<br>               Plaintiff )<br> )<br>v. )<br> )<br> )<br>THE METROPOLITAN MUSEUM OF ART )<br>New York, New York )<br>               Defendant. )<br> ) | 1:10-CV-09126 (SAS) |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF PHILIP Y. BROWN AS
COUNSEL FOR PLAINTIFF PIERRE KONOWALOFF**

AND NOW, this 5 day of JAN, 2011, having reviewed the written request of Plaintiff Pierre Konowaloff for Admission *Pro Hac Vice* of the following applicant (the "Applicant"):

        Philip Y. Brown, Esq.
        Adler Pollock & Sheehan P.C.
        175 Federal Street
        Boston, Massachusetts 02110
        (617) 482-0600 (t)

IT IS HEREBY ORDERED in the above-captioned action that the Applicant's Admission *Pro Hac Vice* for Plaintiff Pierre Konowaloff is hereby GRANTED.

BY THE COURT,

J. _____
SHIRA A. SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/11

557924.1