UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KONOWALOFF )<br>Paris, France )<br>            Plaintiff )<br>)<br>v.                                                                          )<br>)<br>)<br>THE METROPOLITAN MUSEUM OF ART )<br>New York, New York )<br>            Defendant. )<br>) | 1:10-CV-09126 (SAS) |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF ADAM M. WEISBERGER AS COUNSEL FOR PLAINTIFF PIERRE KONOWALOFF**

AND NOW, this ___ day of _JAN_, 2011, having reviewed the written request of Plaintiff Pierre Konowaloff for Admission *Pro Hac Vice* of the following applicant (the "Applicant"):

> Adam M. Weisberger, Esq.
> Adler Pollock & Sheehan P.C.
> 175 Federal Street
> Boston, Massachusetts 02110
> (617) 482-0600 (t)

IT IS HEREBY ORDERED in the above-captioned action that the Applicant's Admission *Pro Hac Vice* for Plaintiff Pierre Konowaloff is hereby GRANTED.

BY THE COURT:

_____
J.
SHIRA A. SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/11

557926.1