UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KONOWALOFF<br>    Paris, France<br>                Plaintiff<br><br>v.<br><br>THE METROPOLITAN MUSEUM OF ART<br>    New York, New York<br>                Defendant. | 1:10-CV-09126 (SAS) |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF ALLAN GERSON AS COUNSEL FOR PLAINTIFF PIERRE KONOWALOFF**

AND NOW, this 5 day of JAN , 2011, having reviewed the written request of Plaintiff Pierre Konowaloff for Admission *Pro Hac Vice* of the following applicant (the "Applicant"):

> Allan Gerson, Esq.
> 2131 S St. NW
> Washington, DC 20008
> (202) 234-9717 (t)

IT IS HEREBY ORDERED in the above-captioned action that the Applicant's Admission *Pro Hac Vice* for Plaintiff Pierre Konowaloff is hereby GRANTED.

BY THE COURT:

_____
J. SHIRA A. SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 1/5/11

557928.1