UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KONOWALOFF<br>　　Paris, France<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE METROPOLITAN MUSEUM OF ART<br>　　New York, New York<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 10-cv-09126 (SAS)<br>) ECF Case<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that David Bowker of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 1875 Pennsylvania Avenue, NW, Washington, DC 20006, hereby appears on behalf of the Defendant Metropolitan Museum of Art in the above-captioned action.

I hereby certify that I am admitted to practice before this Court.

Dated:  January 6, 2011

　　　　　　　　　　　　　　　　　　　/s/ David Bowker
　　　　　　　　　　　　　　　　　　　David Bowker
　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　1875 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　Tel: (202) 663-6000
　　　　　　　　　　　　　　　　　　　Fax:  (212) 663-6363
　　　　　　　　　　　　　　　　　　　Email:  david.bowker@wilmerhale.com

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Metropolitan Museum of Art*