UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KONOWALOFF<br>    Paris, France<br><br>                    Plaintiff,<br><br>v.<br><br>THE METROPOLITAN MUSEUM OF ART<br>    New York, New York<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 10-cv-09126 (SAS)<br>) ECF Case<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Charu A. Chandrasekhar of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 399 Park Avenue, New York, New York 10022, hereby appears on behalf of the Defendant Metropolitan Museum of Art in the above-captioned action.

I hereby certify that I am admitted to practice before this Court.

Dated:  January 6, 2011

                                /s/ Charu A. Chandrasekhar
                                 Charu A. Chandrasekhar
                                 WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                 399 Park Avenue
                                 New York, NY 10022
                                 Tel: (212) 230-8800
                                 Fax:  (212) 230-8888
                                 Email:  charu.chandrasekhar@wilmerhale.com

                                *Attorney for Defendant Metropolitan Museum of Art*