# UNITED STATES DISTRICT
## SOUTHERN DISTRICT OF NEW YORK

PIERRE KONOWALOFF
    Paris, France
               Plaintiff

        against

THE METROPOLITAN MUSEUM OF ART
    New York, New York
               Defendant.

1:10-cv-09126-SAS

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Rory Z. Fazendeiro, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Adam M. Weisberger |
| Firm Name: | Adler Pollock & Sheehan P.C. |
| Address: | 175 Federal Street |
| City/State/Zip: | Boston, Massachusetts 02110 |
| Telephone/Fax: | 617-482-0600 |
| Email Address: | aweisberger@apslaw.com |

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 2/14/11
City, State: New York, NY

_____
United States District/Magistrate Judge

The clerk of the court is directed to close this motion, docket number 3. Counsel is advised that, pursuant to Individual Rule IV.C., future requests for admission pro hac vice should be submitted by letter and not by motion.