UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KONOWALOFF<br>  Paris, France<br>            Plaintiff<br>v.<br>THE METROPOLITAN MUSEUM OF ART<br>  New York, New York<br>            Defendant. | 10-CV-9126 (SAS)<br><br>ECF Case<br><br>Oral Argument Requested |

## RULE 7.1 DISCLOSURE STATEMENT

There is no parent corporation of The Metropolitan Museum of Art, nor does any publicly held corporation own 10% or more of its stock.

Dated: February 28, 2011

> Respectfully submitted,
>
> /s/ David W. Bowker
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 1875 Pennsylvania Avenue, NW
> Washington, DC 20006
> Tel: (202) 663-6000
> Fax: (202) 663-6363
> Email: david.bowker@wilmerhale.com
>
> Paul A. Engelmayer
> Charu A. Chandrasekhar
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 399 Park Avenue
> New York, NY 10022
> Tel: (212) 230-8800
> Fax: (212) 230-8888
> Email: paul.engelmayer@wilmerhale.com
>
> *Attorneys for Defendant*
> The Metropolitan Museum of Art