UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KONOWALOFF )<br>    Paris, France )<br>             Plaintiff ) | 10-CV-9126 (SAS) |
| v. ) | ECF Case |
| THE METROPOLITAN MUSEUM OF ART )<br>    New York, New York )<br>             Defendant. ) | Oral Argument Requested |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all other papers herein, defendant The Metropolitan Museum of Art, by its undersigned counsel, will move this Court, before the Honorable Shira A. Scheindlin, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York, 10007 at a date and time to be determined by the Court, for an order, pursuant to 1) Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6); 2) the doctrines of act of state, political question, and international comity; and 3) the statutes of limitations and laches, dismissing with prejudice all claims in the Complaint against defendant The Metropolitan Museum of Art, and granting such other relief as this Court may deem just and proper.  The basis for this motion is set forth in the accompanying Memorandum of Law.

Dated:  February 28, 2011

Respectfully submitted,

/s/ David W. Bowker
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
Email: david.bowker@wilmerhale.com

Paul A. Engelmayer
Charu A. Chandrasekhar
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Email: paul.engelmayer@wilmerhale.com

*Attorneys for Defendant*
The Metropolitan Museum of Art