# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KONOWALOFF,<br><br>           Plaintiff,<br><br>v.<br><br>THE METROPOLITAN MUSEUM OF ART,<br><br>           Defendant. | 10-CV-9126 (SAS)<br><br>**ORDER**  |

Leave is hereby granted to Plaintiff Pierre Konowaloff to amend his complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

Date: MAR 17, 2011

BY THE COURT:

Honorable Shira A. Scheindlin