UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| Pierre Konowaloff, | ORDER TO CLOSE MOTION |
| Plaintiff, | |
| - against - | 10 Civ. 9126 (SAS) |
| The Metropolitan Museum of Art, | |
| Defendant. | |

------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

Defendant Metropolitan Museum of Art having notified the Court on March 22, 2011, that it wishes to withdraw its pending Motion to Dismiss the Complaint in this action, with the intention of filing a new Motion to Dismiss the Amended Complaint (filed March 21, 2011), IT IS HEREBY ORDERED that Defendant's pending Motion to Dismiss the Complaint is DENIED, without prejudice. The Clerk of the Court is directed to close the pending motion [Docket No. 18].

SO ORDERED:

/s/ Shira A. Scheindlin
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 22, 2011

## - Appearances -

**For Plaintiff:**

Rory Z. Fazendeiro, Esq.
Cetrulo & Capone, L.L.P.
20 Exchange Place
New York, New York 10005

James Edward Tyrrell, Jr., Esq.
Patton Boggs, L.L.P.
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 848-5600

Adam Murray Weisberger, Esq.
Philip Y. Brown, Esq.
Adler Pollock & Sheehan, P.C.
175 Federal Street
Boston, Massachusetts 02110
(617) 482-0600

Paul V. Curcio, Esq.
Adler Pollock & Sheehan, P.C.
2300 Hospital Trust Tower
Providence, Rhode Island 02903
(401) 274-7200

Allan Gerson, Esq.
2131 S St. NW
Washington, D.C. 20008
(202) 966-8557

**For Defendant:**

Charu Ambat Chandrasekhar, Esq.
David William Bowker, Esq.
Paul Adam Engelmayer, Esq.
Wilmer Cutler Pickering Hale & Dorr, L.L.P.
399 Park Avenue
New York, New York 10022
(212) 230-8884