UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KONOWALOFF<br>    Paris, France<br><br>        Plaintiff,<br><br>v.<br><br>THE METROPOLITAN MUSEUM OF ART<br>    New York, New York<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 10-cv-09126 (SAS)<br>) ECF Case<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pamela K. Bookman of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 399 Park Avenue, New York, New York 10022, hereby appears on behalf of the Defendant Metropolitan Museum of Art in the above-captioned action.

I hereby certify that I am admitted to practice before this Court.

Dated: March 28, 2011

/s/ Pamela K. Bookman
 Pamela K. Bookman
 WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Email: pamela.bookman@wilmerhale.com

*Attorney for Defendant Metropolitan Museum of Art*