UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KONOWALOFF<br>    Paris, France<br>            Plaintiff<br>v.<br>THE METROPOLITAN MUSEUM OF ART<br>    New York, New York<br>            Defendant. | 10-CV-9126 (SAS)<br><br>ECF Case<br><br>Oral Argument Requested |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all other papers herein, defendant The Metropolitan Museum of Art, by its undersigned counsel, will move this Court, before the Honorable Shira A. Scheindlin, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, NY 10007 at a date and time to be determined by the Court, for an order, pursuant to 1) Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6); 2) the doctrines of act of state, political question, and international comity; and 3) the statutes of limitations and laches, dismissing with prejudice all claims in the Amended Complaint against defendant The Metropolitan Museum of Art, and granting such other relief as this Court may deem just and proper.  The basis for this motion is set forth in the accompanying Memorandum of Law in Support of Defendant Metropolitan Museum of Art's Motion to Dismiss Plaintiff's Amended Complaint.

Dated:  April 22, 2011

                Respectfully submitted,

                /s/ David W. Bowker
                WILMER CUTLER PICKERING HALE AND DORR LLP
                1875 Pennsylvania Avenue, NW
                Washington, DC 20006
                Tel: (202) 663-6000
                Fax: (202) 663-6363
                Email: david.bowker@wilmerhale.com

                Paul A. Engelmayer
                Pamela K. Bookman
                WILMER CUTLER PICKERING HALE AND DORR LLP
                399 Park Avenue
                New York, NY 10022
                Tel: (212) 230-8800
                Fax: (212) 230-8888
                Email: paul.engelmayer@wilmerhale.com

                *Attorneys for Defendant*
                The Metropolitan Museum of Art