*[Handwritten annotation, upper right:]* In view of defendant's indication that it does not oppose submission of this Amicus Curiae brief, the Court will accept the brief from Amici, provided it is submitted no later than June 3, 2011. Defendant's reply to the brief, if any, is due June 21, 2011. Both brief and reply are limited to 12.5 pages. So ORDERED, 5/25/11 Shira A. Scheindlin U.S.D.J.

**NKU** NORTHERN KENTUCKY UNIVERSITY **SALMON P. CHASE COLLEGE OF LAW**

Ph: (859) 628-1152; Fax: (859) 572-5342  E-mail: Krederj1@nku.edu

*[Stamp:]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/25/11

May 24, 2011

The Honorable Shira A. Scheindlin
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15C
New York, N.Y. 1007-1312

**VIA FACSIMILE**
**(212) 805-7920**

*[Handwritten:]* No extensions will be granted.

Case No.:     *Konowaloff v. The Metropolitan Museum of Art*, No. 10-CV-9126 **(SAS)**

Re:     Motion to File Brief *Amicus Curiae*

Dear Judge Scheindlin:

I am sending this letter in accordance with Your Honor's Individual Rule and Procedure IV(A) to request a pre-motion teleconference on May 31, 2011, if one is desired by the Court or any party in this case.

*Amici* and their lawyers working *pro bono* are an organization and a group of academics, practitioners and other individuals devoted in various ways to insuring that the judicial record reflects historical truth in cases arising out of war, genocide and revolution, as well as the massive theft of property, particularly cultural property, that always accompanies such lawlessness. *Amici* seek to file a Motion to File Brief *Amicus Curiae* to provide their objective expertise and insight into the application of flexible standards, particularly the Act of State doctrine and *laches* doctrine, to historical claims. *Amici* will not address the merits concerning whether the particular painting at issue in this case should be restituted. The brief will not exceed 12.5 pages, one-half the length of a standard brief filed with this Court in accordance with Individual Rule & Procedure IV(G). *Amici* do not request oral argument on the motion.

The brief will support Plaintiff Pierre Konowaloff's Opposition to Defendant Metropolitan Museum of Art's Motion to Dismiss Plaintiff's Amended Complaint filed May 23, 2011. The plaintiff has consented to *amici's* motion.

Kreder Letter to The Honorable
Shira A. Scheindlin
May 24, 2011
Page 2


If the defendant wishes to oppose the motion and any conference or oral argument
is to be scheduled, I would request that it be conducted via teleconference so that I need
not travel to New York. Alternatively, I would ask that my co-counsel, Lucille A.
Roussin, Director of the Holocaust Claims Restitution Practicum at the Benjamin N.
Cardozo School of Law in New York, be allowed to attend in my place although I
currently intend to electronically file a Notice of Appearance as counsel of record to
*amici* in this case.

Professor Roussin, also acting *pro bono*, does not currently have an ECF account
in the Southern District of New York, but will begin the process to obtain one ASAP.
My application is pending, but cannot be completed until I am able to send the Clerk my
Change of Name form. I will send that to the Clerk as soon as I receive a verified copy
of my marriage license.

Finally, *amici* would like to note that they do not seek to participate in this case in
any way beyond filing the motion and brief *amicus curiae* and thank you for your
consideration.

Sincerely,

Jennifer Anglim Kreder
Professor of Law & Associate Dean
for Faculty Development


cc (via facsimile): See attached Service List

# SERVICE LIST

James E. Tyrrell, Jr.
Joseph E. Hopkins
Patton Boggs LLP
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Phone: 973-848-5600
Fax: 973-848-5601

David William Bowker
Wilmer, Cutler, Hale & Dorr, L.L.P.
399 Park Avenue
New York, NY 10022
Phone: 212-230-8852
Fax: 212-230-8888

Paul V. Curcio
Philip Y. Brown
Adam M. Weisberger
Rory Z. Fazendiero
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110
Phone: 617-482-0600
Fax: 617-482-0604

Allan Gerson
AG International Law
2131 S St. NW
Washington, D.C. 20008
Phone: 202-234-9717
Fax: 202-234-9727

Linda A. Malone
William & Mary Law School
P. O. Box 8795
Williamsburg, VA 23187-8795
Phone: (757) 221-3844
Fax: (757) 221-3261