Lucille A. Roussin, Director
Holocaust Restitution Claims Practicum
Benjamin N. Cardozo School of Law
55 Fifth Avenue
New York, N.Y. 10003
Tel. 212-888-0468
Fax 212-888-0093
lroussin@aol.com

> Request granted. The name of Donald S. Burris is hereby removed from the Brief Amicus Curiae.
>
> SO ORDERED.
>
> 6/8/11
>
> Shira A. Scheindlin
> U.S.D.J.

June 8, 2011

VIA FACSIMILE
212-805-7920

Hon. Shira A. Scheindlin
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

Re: Pierre Konowaloff v. Metropolitan Museum 10-CV-9126

Dear Judge Scheindlin,

    Donald S. Burris, one of the signatures to the Brief *Amicus Curiae* in the above captioned case would like to remove his name from the Brief. I would appreciate it if you would remove his name and notify me of the removal.

Sincerely,

Lucille A. Roussin
Counsel of Record

## SERVICE LIST

James E. Tyrrell, Jr.
Joseph E. Hopkins
Patton Boggs LLP
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Phone: 973-848-5600
Fax: 973-848-5601

Paul V. Curcio
Philip Y. Brown
Adam M. Weisberger
Rory Z. Fazendiero
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110
Phone: 617-482-0600
Fax: 617-482-0604

Linda A. Malone
William & Mary Law School
P. O. Box 8795
Williamsburg, VA 23187-8795
Phone: (757) 221-3844
Fax: (757) 221-3261

David William Bowker
Wilmer, Cutler, Hale & Dorr, L.L.P.
399 Park Avenue
New York, NY 10022
Phone: 212-230-8852
Fax: 212-230-8888

Allan Gerson
AG International Law
2131 S St. NW
Washington, D.C. 20008
Phone: 202-234-9717
Fax: 202-234-9727

Donald S. Burris
Burris, Schoenberg & Walden, LLP
12121 Wilshire Blvd., Ste. 800
Los Angeles, CA 90025
Phone: (310) 442-5559
Fax: (310) 442-0353