UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KONOWALOFF<br>Paris, France<br><br>    Plaintiff,<br><br>v.<br><br>THE METROPOLITAN MUSEUM OF ART<br>New York, New York<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 10-cv-09126 (SAS)<br>)  ECF Case<br>)<br>)<br>)<br>) |

NOTICE OF WITHDRAWAL OF
COUNSEL OF RECORD AND [PROPOSED ORDER]

**PLEASE TAKE NOTICE** that Paul A. Engelmayer of the law firm Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws his appearance as counsel of record in the above-captioned matter for Defendant The Metropolitan Museum of Art. As of September 1, 2011, Mr. Engelmayer will no longer be a member of Wilmer Cutler Pickering Hale and Dorr LLP. Defendant The Metropolitan Museum of Art remains represented by the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

Mr. Engelmayer is not asserting a retaining or charging lien.

Dated: New York, New York
       August 17, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/18/11

Respectfully submitted,

By: *Paul A. Engelmayer*

Paul A. Engelmayer
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorney for The Metropolitan Museum of Art*

SO ORDERED

Dated: New York, New York
       August 18, 2011

_____
Honorable Shira A. Scheindlin
Unite States District Judge