USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PIERRE KONOWALOFF,

                Plaintiff,

-against-

THE METROPOLITAN MUSEUM OF ART,
                Defendant.
------------------------------------------------------------X

10 **CIVIL** 9126 (SAS)

**JUDGMENT**

The Museum having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on September 22, 2011, having rendered its Opinion and Order granting the Museum's motion to dismiss and dismissing the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 22, 2011, the Museum's motion to dismiss is granted and the case is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
        September 26, 2011

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**

                  BY:

                                            **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____