UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| PIERRE KONOWALOFF,<br><br>                    Plaintiff,<br><br>v.<br><br>THE METROPOLOITAN MUSEUM OF ART,<br><br>                    Defendant. | Case No. 10-cv-9126 (SAS)<br>ECF Case<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Pierre Konowaloff ("Plaintiff" or "Konowaloff") appeals to the United States Court of Appeals for the Second Circuit ("Second Circuit") from the Order entered in the above-captioned case on September 22, 2011 (Dkt. No. 39) (the "September 22, 2011 Order"). The Plaintiff appeals the September 22, 2011 Order insofar as it grants Defendant's, The Metropolitan Museum of Art's, Motion to Dismiss with prejudice.

Dated: October 19, 2011                Respectfully submitted,

By: ___/s/ James E. Tyrrell, Jr.___
James E. Tyrrell, Jr., Esq.
Joseph E. Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Fl.
Newark, NJ 07102
Tel: 973-848-5600
Fax: 973-848-5601
Email: jtyrrell@pattonboggs.com

Philip E. Brown, Esq.
Adam Murray Weisberger, Esq.
Akler Pollock & Sheehan, PC
175 Federal Street
Boston, MA 02110
Tel: 617-482-0600
Fax: 617-482-0604
Email: pbrown@apslaw.com

Allan Gerson, Esq.
AG International Law, PLLC
2131 S St. NW
Washington, DC 20008
Tel: 202-234-9717
Fax: 202-234-9727
Email: ag@ag-il.com